# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**CHARLES KARL PERRY, JR.,**

**Defendant.**

**CASE NO.** 26-6123-01-GEB

**FILED**
**U.S. District Court**
**District of Kansas**
05/12/2026

**Clerk, U.S. District Court**
**By:__AS__Deputy Clerk**

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

**POSSESSION OF A FIREARM**
**BY A CONVICTED FELON**
**[18 U.S.C. § 922(g)(1)]**

On or about February 6, 2026, in the District of Kansas, the defendant,

**CHARLES KARL PERRY JR.,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, including (1) a Smith & Wesson, model 642-2 (Airweight), .38 S&W SPL.+P caliber revolver, and (2) a Smith & Wesson, model M&P 9 Shield EZ

M2.0, 9mm LUGER caliber pistol, each firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, **Charles Karl Perry, Jr.**, committed the offense set forth in this Complaint.

VINCENT REEL
Task Force Officer, ATF

Sworn to before me via Facetime this 12th day of May, 2026, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that the defendant, **CHARLES KARL PERRY, JR.**, committed the offenses set forth in this Complaint.

HONORABLE GWYNNE E. BIRZER
United States Magistrate
District of Kansas

2

## PENALTIES

**Count 1:    922(g)(1) –**
**[Possession of a Firearm by a Convicted Felon]**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

3

## AFFIDAVIT

I, VINCENT REEL, being duly sworn, state as follows:

1.      I am a Wichita Police Department Detective assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force, and have been employed by the Wichita Police Department (WPD) for 16 years and the Task Force for five years. My current responsibilities include the investigation of unlawful possession of firearms, ammunition, and drugs.

2.      This affidavit is submitted in support of a criminal complaint alleging that Charles Perry has violated Title 18, United States Code, Section 922(g)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Charles Perry with possession of a firearm by a prohibited person, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offence alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, firearms traces performed by ATF, DNA results, and a review of the defendant's history.

4.      On February 6, 2026, Wichita Police Officers located and arrested Charles Perry for City of Wichita warrants at D C Gas Station, 2160 S. Broadway Wichita, Kansas.

5.      Officers searched Charles Perry and located a Smith and Wesson 642 .38 caliber revolver S/N: CMK9022 from his jacket pocket.  Officers also removed a Smith and Wesson M&P 9mm pistol, S/N:RHM5098 from a crossbody bag that Charles Perry was wearing.

6.      Officers conducted a criminal history check on Charles Perry and confirmed he is prohibited from possessing a firearm due to prior criminal convictions. On January 21, 2020, Charles Perry was convicted in the 18th Judicial District Court of Kansas for possession of cocaine, K.S.A. 21-5706(a)(c)(1) with a presumptive prison sentencing range from 26 - 32 months.  On October 23, 2023, Charles Perry was convicted in the 18th Judicial

1

District Court of Kansas for criminal possession of a weapon by a convicted felon, K.S.A. 21-6304(a)(3)(A)(i)(b)(e)(f)(b), with a presumptive prison range of 18-20 months.

7.    Charles Perry was sentenced to the Kansas Department of Corrections where he served a sentence of over a year and was later released on Parole. When Officers made contact with Charles Perry on February 6, 2026, Charles Perry was on Kansas Department of Corrections Parole.

8.    The two firearms were sent for a NEXUS inspection by the Alcohol Tobacco Firearms and Explosives. ATF Special Agent Waller confirmed both firearms were not made in Kansas and traveled across the State line, affecting interstate commerce.

I respectfully submit that the facts set forth above establish probable cause to believe that Charles Perry. violated Title 18, United States Code, Section 922(g)(1), on or about February 6, 2026 in the District of Kansas by possessing at least two firearms that was shipped or transported in interstate commerce. I further submit that it is appropriate to infer that Charles Perry knew on February 6, 2026 that he was previously convicted of a felony offense punishable by a term of imprisonment of more than one year due to Charles Perry's conviction in the 18th Judicial District Court of Sedgwick County for possession of cocaine, K.S.A. 21-5706(a)(c)(1), for which he was sentenced to a term of 36 months imprisonment, and criminal possession of a weapon by a convicted felon, K.S.A. 21-6304(a)(3)(A)(i)(b)(e)(f)(b), for which he was sentenced to a term of 18 months imprisonment.

FURTHER AFFIANT SAYETH NOT.

VINCENT REEL
Task Force Officer, Bureau of Alcohol, Tobacco, Firearms & Explosives

2

SUBSCRIBED AND SWORN to before me via FaceTime on May 12, 2026

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

3